# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00530-CR

**Jack Bissett, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. C-1-CR-14-160011, HONORABLE BRANDY MUELLER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Counsel for appellant has filed a third motion for extension of time, asking to have the deadline for filing his brief extended to October 3, 2016. We grant the motion but caution counsel that no further extension of time will be granted. Failure to file the brief may result in the cause being abated to the trial court a second time or in counsel being called before the Court to show cause why she should not held in contempt. *See* Tex. R. App. P. 38.8(b).

It is ordered August 25, 2016.

Before Justices Puryear, Pemberton, and Field

Do Not Publish